IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>**DONTAVIUS B. ROGERS**,<br><br>Defendant | NO. 5: 07-MJ-01-04 (CWH)<br><br>**VIOLATION: THEFT** |

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** (Tab #3) filed herein by counsel for the United States, and for cause shown, said motion is GRANTED. This proceeding against defendant DONTAVIUS B. ROGERS is DISMISSED *without prejudice.*

SO ORDERED AND DIRECTED, this 29th day of JANUARY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE